IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-02180 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | Honorable Colin S. Bruce |
| UNIVERSITY OF ILLINOIS, | ) | Magistrate Eric I. Long |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS'
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant the Board of Trustees of the University of Illinois, through its undersigned counsel, respectfully moves this Court for an extension of time to answer Plaintiff's Amended Complaint for Injunctive and Other Relief and Jury Demand ("Amended Complaint"). In support of its motion, Defendant states as follows:

1. On October 10, 2017, Defendant moved to dismiss the Amended Complaint.

2. The parties fully briefed Defendant's motion to dismiss the Amended Complaint.

3. On December 18, 2017, the Court entered an order denying Defendant's motion to dismiss.

4. Under the Federal Rules of Civil Procedure, Defendant must answer or otherwise respond to the Amended Complaint on or before January 2, 2018.

5. The Amended Complaint is one hundred and eighty-three (183) paragraphs covering thirty-six (36) pages, and includes numerous and detailed factual allegations regarding the circumstances giving rise to this action.

6. Defendant's counsel is in the process of investigating the specific allegations in the Amended Complaint and preparing Defendant's answer, but due to the length of the

2453270.1

Amended Complaint and the holiday season, requires additional time to complete its investigation and prepare an answer and any affirmative defenses.

7. Defendant's counsel has conferred with Plaintiff's counsel on this Motion. Plaintiff's counsel has indicated that he does not object to the requested extension.

8. Accordingly, Defendant requests an extension of 24 days to answer or otherwise respond to the Complaint, to and including January 26, 2018.

9. Granting Defendant's request for an extension will not prejudice Plaintiff or cause any undue delay.

WHEREFORE, for the reasons stated above, Defendant respectfully requests an extension of time of 24 days to answer or otherwise respond to the allegations in the Amended Complaint, to and including January 26, 2018.

> Respectfully submitted,
>
> BOARD OF TRUSTEES OF THE
> UNIVERSITY OF ILLINOIS,
>
> By: /s/ Peter G. Land
>  One of Its Attorneys

Peter G. Land
pgl@franczek.com
Gwendolyn B. Morales
gbm@franczek.com
FRANCZEK RADELET P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

Dated:  December 28, 2017

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused the foregoing **Defendant Board of Trustees of the University of Illinois' Agreed Motion for Extension of Time to Answer or Otherwise Plead** to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following counsel of record this 28th day of December, 2017:

> Mark D. Roth
> Ken Hurst
> Roth Fioretti, LLC
> 311 South Wacker Drive, Suite 2470
> Chicago, IL 60606
> Phone: (312) 922-6262
> Fax:    (312) 922-7747
> mark@rothfiorett.com
> ken@rothfioretti.com
> Counsel for Plaintiff

/s/ Peter G. Land

2453270.1