E-FILED
Wednesday, 14 March, 2018  11:43:16 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| | ) Case No. 17 - 2180 |
| v. | ) |
| | ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) Honorable Colin S. Bruce |
| | ) Magistrate Eric I. Long |
| Defendant. | ) |

### NOTICE OF MOTION

**TO:** Peter G. Land
Gwendolyn Baxter Morales
Franczek Radelet P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606

PLEASE TAKE NOTICE THAT on March 16, 2018 at 10:00 a.m., I shall present to the Honorable Judge Colin Stirling Bruce, or any other Judge sitting in his stead, presiding in 318 U.S. Courthouse, 201 S. Vine Street Urbana, IL 61802, and shall then and there present the attached **Plaintiff's Motion for Summary Judgment.**

By: **/s/ Kenneth Hurst**
Kenneth Hurst

### PROOF OF SERVICE

I, Ken Hurst, an attorney, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that I served, **Plaintiff's Motion for Summary Judgment,** via ECF to counsel above, on March 14, 2018.

/s/ Kenneth Hurst
Kenneth Hurst

Kenneth Hurst
Mark Roth
Roth Fioretti LLC
Attorney No. 37547
311 S. Wacker, STE 2470
Chicago, Illinois 60606
(312) 922-6262