## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>) Case No. 17 - 2180<br>v. )<br>)<br>BOARD OF TRUSTEES OF THE )<br>UNIVERSITY OF ILLINOIS, ) Honorable Colin S. Bruce<br>) Magistrate Eric I. Long<br>Defendant. )<br>) JURY DEMAND | |

### NOTICE OF FILING

**TO:** Peter G. Land
Gwendolyn Baxter Morales
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606

PLEASE BE ADVIED, that we have on March 21, 2018, caused to be filed with the United States District Court Central District of Illinois in Urbana, **Amended Plaintiff's Objection to Defendant's Motion to Compel Plaintiff's Deposition**, a copy of which is attached.

/s/ Ken Hurst
Ken Hurst

### PROOF OF SERVICE

I, Ken Hurst, an attorney, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that I served, **Amended Plaintiff's Objection to Defendant's Motion to Compel Plaintiff's Deposition,** via ECF to counsel above, on March 21, 2018.

/s/ Ken Hurst
Ken Hurst

Kenneth Hurst
Mark Roth
Roth Fioretti LLC
311 S. Wacker, STE 2470
Chicago, Illinois 60606
(312) 922-6262
ken@rothfioretti.com