# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-CV-02180 |
| v. | ) | |
| | ) | Honorable Colin S. Bruce |
| BOARD OF TRUSTEES OF THE | ) | Magistrate Eric I. Long |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMANDED |
| | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, John Doe, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order entered on July 24, 2018 granting Defendant, Board of Trustees of the University of Illinois', Motion for Summary Judgment and denying Plaintiff, John Doe's, Motion for Summary Judgment, and from a final and appealable Judgment entered in favor of the Defendant, Board of Trustees of the University of Illinois, against the Plaintiff, John Doe, on July 24, 2018.

    /s/ Mark D. Roth
Mark D. Roth, Attorney for Plaintiff/Appellant

Mark D. Roth
Robert Fioretti
Roth Fioretti, LLC
311 South Wacker Drive, Suite 2470
Chicago, Illinois 60606
PH: (312) 922-6262
FX: (312) 922-7747
mark@rothfioreti.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing instrument to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the 22nd day of August 2018.

**Peter G Land**
HUSCH BLACKWELL LLP
Suite 2200
120 S Riverside Plaza
Chicago, IL 60606
312-526-1631
Fax: 312-655-1501
Email: Peter.Land@huschblackwell.com

**Gwendolyn Baxter Morales**
HUSCH BLACKWELL LLP
Suite 2200
120 S Riverside Plaza
Chicago, IL 60606
312-526-1631
Fax: 312-655-1501
Email: Gwendolyn.Morales@huschblackwell.com

                                    /s/ Mark D. Roth
                                    Mark D. Roth

Mark D. Roth
Robert Fioretti
Roth Fioretti, LLC
311 South Wacker Drive, Suite 2470
Chicago, Illinois 60606
PH: (312) 922-6262
FX: (312) 922-7747
mark@rothfioreti.com
Counsel for Plaintiff