# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 22, 2018

**To:**   Denise Koester
          Acting Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-2823
>
> Caption:
> JOHN DOE,
> Plaintiff - Appellant
>
> v.
>
> BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,
> Defendant - Appellee
>
> ---
>
> District Court No: 2:17-cv-02180-CSB-EIL
> Clerk/Agency Rep Denise Koester
> District Judge Colin S. Bruce
>
> Date NOA filed in District Court: 08/22/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)